EPICE CORPORATION, a Nevada corporation, Appellant,

v.

LAND REUTILIZATION AUTHORITY OF the CITY OF ST. LOUIS, MISSOURI, The; James W. Murphy, Sheriff of the City of St. Louis, Missouri; City of St. Louis, Missouri; Gregory F.X. Daly, Collector of Revenue of the City of St. Louis, Appellees.

No. 10–3072.

United States Court of Appeals, Eighth Circuit.

Submitted: April 7, 2011.

Filed: April 27, 2011.

Phillip K. Gebhardt, Gebhardt Real Estate & Legal Services, Desoto, MO, Mark D. Hirschfeld St. Louis, MO, for Appellant.

Donald Gerald Dylewski, City Counselor's Office, Robert Michael Hibbs, City of St. Louis Law Department, James A. Michaels, Daniel Joseph Proost, St. Louis Circuit Attorney's Office, Anthony James Sestric, Sestric Law Firm, St. Louis, MO, for Appellees.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Epice Corporation (Epice) appeals the district court's [1] adverse grant of summary judgment in its 42 U.S.C. § 1983 action.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District

of Missouri.

Having carefully reviewed the record and considered Epice's arguments for reversal, we find no basis for overturning the district court. *See Vargo–Schaper v. Weyerhaeuser Co.,* 619 F.3d 845, 848 (8th Cir. 2010) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.